## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| L.A., by and through her Guardian MAURICE ANDREWS, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> TAKE-TWO INTERACTIVE SOFTWARE, INC., a Delaware corporation, <br><br> Defendant. | Case No. 1:22-cv-01019 |

## DEFENDANT TAKE-TWO INTERACTIVE SOFTWARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT & JURY DEMAND

Defendant Take-Two Interactive Software, Inc. ("Take-Two"), by its undersigned attorneys, hereby respectfully moves this Court for a 30-day extension of time, to and including April 4, 2022, to answer, move, or otherwise respond to the Class Action Complaint & Jury Demand (the "Complaint") filed by Plaintiff L.A., by and through her Guardian Maurice Andrews' ("Plaintiff"). In support of its motion, Take-Two states the following:

1.  The Complaint was filed on January 11, 2022 in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois.

2.  Take-Two removed the Complaint to federal court on February 25, 2022 by the filing of the Notice of Removal. *See* Dkt. 1.

3.  Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Take-Two's deadline to answer, move or otherwise respond to the Complaint is March 4, 2022. Fed. R. Civ. P. 81(c).

4.      Take-Two requests a 30-day extension to allow it sufficient time to analyze Plaintiff's factual allegations, assess her claims, and prepare a response.

5.      This is Take-Two's first request for an extension of the responsive pleading deadline.

6.      Take-Two's counsel corresponded with Plaintiff's counsel regarding the requested extension, who confirmed that Plaintiff does not oppose a 30-day extension of time for Take-Two to respond to the Complaint.

WHEREFORE, for the foregoing reasons, Take-Two respectfully requests that the Court grant Take-Two an extension of time, to and including April 4, 2022, answer, move or otherwise respond to the Complaint.

Dated:  February 28, 2022

Respectfully submitted,

KELLEY DRYE & WARREN LLP


By: _/s/Matthew Luzadder_____
    Matthew Luzadder
    mluzadder@kelleydrye.com
    KELLEY DRYE & WARREN LLP
    333 West Wacker Drive
    26th Floor
    Chicago, IL 60606
    Telephone: (312) 857-7070
    Facsimile: (312) 857-7095

                – and –

    KELLEY DRYE & WARREN LLP
    Michael C. Lynch
    mlynch@kelleydrye.com
    James B. Saylor
    jsaylor@kelleydrye.com
    3 World Trade Center

2

175 Greenwich Street
New York, New York, 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Lauri A. Mazzuchetti
lmazzuchetti@kelleydrye.com
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

*Attorneys for Defendant Take-Two Interactive Software, Inc.*